AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Stewart Walter Bachmann<br>*Defendant(s)* | Case No. 8:23 mj 1972 CPT |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 5, 2023** in the county of **Pasco** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Record |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent John Cosentino, ATF
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: **AUGUST 7, 2023**

*Judge's signature*

CHRISTOPHER P. TUITE

City and state: Tampa, FL ~~Sean P. Flynn,~~ United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Special Agent John Cosentino, of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state as follows:

### Introduction

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), U.S. Department of Justice, and have been so employed since March of 2017. I am currently assigned to the ATF Tampa Field Division, Tampa Group I. Prior to ATF, I was employed as a Criminal Investigator/Deputy U.S. Marshal for approximately six and a half years. I have successfully completed the Federal Law Enforcement Training Center's Criminal Investigator Training Program, the ATF Special Agent Basic Training, as well as the Basic Deputy U.S. Marshal Training Program.

2. I am authorized to investigate criminal violations of laws of the United States, including the Gun Control Act, the Explosives Control Act, the Anti-Arson Act, and the National Firearms Act, as well as to execute warrants issued under the authority of the United States.

3. The information contained in this affidavit is based upon my personal observations investigation or information relayed to me by other federal, state, and local law enforcement officers. Because of the limited purpose of this affidavit, however, I have not included each and every fact known to me, but only those facts

that I believe are necessary to establish probable cause in support of the requested complaint.

4. I submit this affidavit in support of a Criminal Complaint charging Stewart Walter BACHMANN (DOB: 08/03/1968) with committing the following offense:

   a. Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Record in violation of 26 U.S.C. § 5861(d).

## Probable Cause

5. On August 5, 2023, at approximately 8:15 a.m., the Pasco County Sheriff's (PCSO) Office Communications Center received a telephone call from BACHMANN who stated that he was being held hostage and was going to be "put under" by people wo were able to walk through the "5th dimension." As the call progressed, BACHMANN also stated that there was "going to be something like 9/11" and there was currently an invisible person in the backseat of his vehicle.

6. PCSO located BACHMANN's vehicle in a McDonald's parking lot near the Tampa Premium Outlet Mall, located at 2609 Creek Grass Way, Lutz, Florida. PCSO Deputies approached BACHMANN and according to Deputies, BACHMANN stated that on Tuesday, August 1, 2023, he had returned home from work and began receiving messages from the Central Intelligence Agency (CIA) through televisions screens at his residence.

2

BACHMANN stated that the messages informed him that the CIA was planning a politically motivated mass shooting on or around September 10, 2023, at the Tampa Premium Outlet Mall.

7. Additionally, BACHMANN told Deputies that the CIA had planned to put him into a medically induced coma until the date of mass shooting neared and that he would then wake up to find himself in the middle of the incident with a gun nearby and a swastika shirt tied around his neck.

8. Detectives asked BACHMANN if he was going to be the one that would be committing the mass shooting or if his firearms would be used – and he replied with words to the effect of, "I don't know, they haven't told me that yet."

9. Based on the statements he made, BACHMANN was detained under Florida's Baker Act Statute, PCSO applied for and was granted a Temporary Risk Protection Order. On August 6, 2023, PCSO served BACHMANN with the Temporary Risk Protection Order which required BACHMANN to immediately surrender all firearm and ammunition to law enforcement. BACHMANN refused to grant law enforcement access to his firearms or residence, which constitutes a violation of Florida Statute §790.401.

10. Based on BACHMANN's refusal to comply with the Temporary Risk Protection Order, PCSO subsequently obtained a state search warrant (Warrant No. 2023-PAS-SW000298) to seize all firearms and ammunition from BACHMANN's home, located at 16431 Sweetwater Road, Dade City, Florida

33523 (hereinafter, "residence"). This residence is within the Middle District of Florida.

11. On August 6, 2023, at approximately 5:00 p.m., PCSO arrived at the residence along with ATF Special Agents who were on scene at the request of PCSO due to BACHMANN potentially storing NFA firearms within the residence. It should be noted that BACHMANN had previously held a Federal Firearms License ("FFL") doing business under the name Sharpshooter Gun Sales Inc., however his license had lapsed and is no longer active.

12. During the PCSO search of the residence, several NFA firearms were located and were found legally registered to BACHMANN with the ATF in the National Firearms Registration and Transfer Record ("NFRTR"). However, ATF identified one firearm that was classified as an NFA weapon that was found to not be registered in the NFRTR. The weapon is a: Royal Arms, model: RAK15, AR-15 type rifle, chambered in .223 Wylde, with serial number: 13E1252.

13. I conducted an examination of the above firearm and observed a drilled hole in lower receiver of the firearm above the selector-switch. The hole was present on both the left, and right sides of the frame. I know from my training and experience that the type and location of the hole on an AR-15 type receiver is a modification which is intended to house an auto-sear, thus converting the firearm to fire as fully automatic.

14. Although no auto-sear was recovered from the inside of the lower receiver, I consulted with the ATF Firearms and Technology Division and spoke with Firearms Enforcement Officer ("FEO") Gardner. FEO Gardner advised that merely the presence of the drilled hole classifies the firearm as an NFA item and thus requires it to be registered in the NFRTR.

15. On August 7, 2023, I contacted ATF Tampa Field Division Industry Operations Investigator ("IOI") Lunsford, who conduct a query of serial number: 13E1252 in the NFRTR. According to IOI Lunsford, there was no record of that serial number being registered.

16. Based on the aforementioned facts, I submit that there is probable cause to believe that on August 7, 2023, Stewart Walter BACHMANN, possessed a firearm not registered in the National Firearms Registration and Transfer Record in violation of 26 U.S.C. § 5861(d) and I respectfully request that a criminal complaint be issued for his arrest,

_____
John Cosentino, Special Agent
Bureau of Alcohol, Tobacco, Firearms,
and Explosives

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d) before me this ___ day of August, 2023.

_____
HON. SEAN P. FLYNN  CHRISTOPHER P. TUITE
United States Magistrate Judge

5