UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:23-mj-01972-CPT

STEWART WALTER BACHMANN
_____/

## ORDER OF DETENTION PENDING TRIAL

THIS MATTER is before the Court upon the Government's motion to detain Defendant pursuant to 18 U.S.C. § 3142. In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a bail hearing was held on August 14, 2023. A preliminary hearing was also held on the same date. This Court concludes that the following facts require the detention of Defendant, Stewart Walter Bachmann, pending further order of the court.

Defendant is charged in a Complaint with possession of a firearm not registered in the National Firearm Registry in violation of 26 U.S.C. § 5861(d). The Government seeks detention on the grounds that Defendant is a risk of flight and danger to the community. Defendant requests release with conditions.

Upon consideration, for the reasons stated on the record at the hearing, and based on the factors provided in the Bail Reform Act, 18 U.S.C. § 3142(g), to specifically include the nature and circumstances of the case, the weight of the evidence against Defendant, and the history and characteristics of Defendant, the Court finds that there are no conditions or combination of conditions available to the Court that would allow for Defendant's release and help assure his future appearance

in court. Specifically, during the bail and preliminary hearing, the Government's agent testified that the charge resulted when Defendant called the Pasco County Sheriff's Communication Center (PCSO) to report that he was being held hostage and was going to be "put under" by people who were able to walk through the "5th dimension." *See* (Dkt. 1.)  Defendant also explained that he was receiving messages from the Central Intelligence Agency (CIA) through his television and that he would be committing a mass shooting at the mall. (Dkt. 1.)  Based on Defendant's call, PCSO obtained a Temporary Risk Protection Order which required Defendant to surrender his firearms to law enforcement.  Defendant refused to do so.  Accordingly, PSCO obtained a search warrant to seize Defendant's firearms.  PCSO and Alcohol, Tobacco, and Firearms (ATF) special agents seized more than 70 firearms from Defendant's residence.  Among those firearms, law enforcement located and seized a firearm that was allegedly required to be registered in the National Firearms Registration and Transfer Record.

The evidence appears strong, and the case involves conduct concerning a mass shooting that poses a danger to the public and Defendant.  Defendant's background and history also weighs towards detention.  Defendant failed and refused to comply with law enforcement when they initially asked him to surrender his firearms.  Additionally, Defendant was detained pursuant to Florida's Baker Act following his call to the PCSO concerning messages he received through his television by the CIA and his plans to engage in a mass shooting.  Defendant's mental health appears

unstable and there is no reliable information concerning Defendant's current mental health condition.

In light of the foregoing, the Court finds that there are no circumstances available to the Court that would allow for Defendant's release, the safety of the community, and Defendant's future appearance in court. Accordingly, it is hereby **ORDERED** that Defendant be **DETAINED**.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

**ORDERED** in Tampa, Florida, on August 16, 2023.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Probation Office
United States Marshals Service